# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMAS, CLARENCE | 2. Court or Organization<br><br>UNITED STATES SUPREME COURT | 3. Date of Report<br><br>05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. SUPREME COURT
1 FIRST STREET, N.E.
WASHINGTON, D. C. 20543

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/2/15 | Creighton University School of Law - teaching | $15,000.00 |
| 2. 8/27/15 | George Washington University School of Law -teaching | $10,000.00 |
| 3. 10/19/15 | J. Reuben Clark Law School - Brigham University - teaching | $2,225.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The Daily Caller - salary |
| 2. 2015 | Liberty Consulting, Inc. - salary and benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Creighton University School of Law | 2/2-2/6/15 | Omaha, NE | Teaching | Transportation/meals and accommodations |
| 2. | Yale Law School | 2/11-2/13/15 | New Haven, CT | Meetings | Transportation/meals and accommodations |
| 3. | New York Federal Bar Council | 5/3-5/6/15 | New York, NY | Meetings and Award Ceremony | Transportation/meals and accommodations |
| 4. | J. Reuben Clark School of Law -Brigham Young University | 1018-10/21/15 | Provo, UT | Teaching and Meetings | Transportation/meals and accommodations |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mr. Harlan Crow | Bronze Bust of Frederick Douglass | $6,484.12 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 int. in rental property, Liberty Cty, (Y) "See Part VIII" | | | | | | | | | |
| 2. MONY Universal Life Policy 1 - n/k/a AXA Universal Life Policy | B | Dividend | L | T | | | | | |
| 3. MONY Universal Life Policy 2 - n/k/a/ AXA Universal Life Policy | A | Dividend | M | T | | | | | |
| 4. MONY Traditional Variable Annuity- n/k/a as AXA Universal Life Policy | A | Interest | K | T | | | | | |
| 5. TD AmeriTrade, IRA (H) | | | | | | | | | |
| 6. - TD AmeriTrade REIT | A | Dividend | J | T | | | | | |
| 7. - TD AmeriTrade Money Market Account | A | Dividend | J | T | | | | | |
| 8. SunAmerica Focused Alpha Growth C1 A | A | Distribution | J | T | | | | | |
| 9. SunAmerica Focused Alpha Large-Cap C1 A "See Part VIII" | A | Distribution | J | T | | | | | |
| 10. Wells Fargo CD | A | Interest | J | T | Buy | 06/17/15 | J | | |
| 11. ETFS Gold Trust (SGOL) - Earned no income during 2015 | | None | J | T | | | | | |
| 12. Europacific Growth Fund (AEPGX) | A | Dividend | K | T | | | | | |
| 13. Capital World Growth & Income (CWGIX) | B | Dividend | K | T | | | | | |
| 14. Delaware Emerging Markets Equity (DEMAX) | A | Dividend | J | T | | | | | |
| 15. Franklin Gold & Precious Metals (FKRCX) - Earned no income during 2015 | | None | K | T | | | | | |
| 16. Ivy Energy A (IEYAX) - Earned no income during 2015 | | None | J | T | | | | | |
| 17. Templeton China World (TCWAX) | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wisdomtree Emerging Markets Equity (DEM) | A | Dividend | J | T | | | | | |
| 19. SPDR Gold Trust Gold Shares (GLD) Earned no income during 2015 | | None | J | T | | | | | |
| 20. iShares Silver Trust (SLV) - Earned no income during 2015 | | None | J | T | | | | | |
| 21. Wisdomtree Trust Emerging Markets (ELD) | B | Dividend | K | T | | | | | |
| 22. Vanguard Short Term Corporate Bond ETF (VCSH) | A | Dividend | K | T | | | | | |
| 23. Franklin Templeton Hard Currency (ICPHX) -Earned no income during 2015 | | None | L | T | | | | | |
| 24. Federated Fund Prime Cash Trust | A | Dividend | J | T | | | | | |
| 25. Ginger, LTD., Partnership | E | Rent | N | W | | | | | |
| 26. Liberty Consulting, Inc. | | None | K | U | | | | | |
| 27. Davenport Core Fund (DAVPX) | A | Dividend | J | T | Buy | 03/15/15 | J | | |
| 28. Davenport Equity Opportunities Fund (DEOPX) | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 29. Davenport Small Cap Focus Fund (DSCPX) | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 30. Davenport Value & Income Fund | A | Dividend | J | T | Buy | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1: The asset listed on line 1 does not receive any rental income for this property

Line 3: The assest listed on line 3 MONY Universal Policy k/n/a AXA Universal Life Policy was inadvertanly omitted in prior reports.

Line 9. SunAmerican Focused Alpha Large-Cap, has been added to this report in order to more fully describes the asests held in my SunAmerican Account.

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLARENCE THOMAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544